1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    SEBREN A. PIERCE,                         Case No. 21-cv-02746-PJH
8                    Plaintiff,
                                               **ORDER OF DISMISSAL**
9            v.
10   ,
11                   Defendant.
12
13           Plaintiff, a state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a
14   notice that he had not paid the filing fee or submitted a complete application for leave to
15   proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these
16   deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee,
17   filed a complete application to proceed IFP or otherwise communicated with the court.
18   The case is **DISMISSED** without prejudice.
19           **IT IS SO ORDERED.**
20   Dated: May 27, 2021
21
22                                                     /s/ Phyllis J. Hamilton
23                                                 PHYLLIS J. HAMILTON
                                                   United States District Judge
24
25
26
27
28